*Reprisal* vs. *Santa Clara*, 1744/5

CURIS ADMIRALITATIS   At a Court of Vice Admiralty held at Providence in the Colony of Rᵈ Island on Wednesday the 23ᵈ day of January A. D. 1744/5 Before the Honᵇˡᵉ L. Lockman Esqʳ Judge The following Preparatory

Examinations were taken John Hopkins Com$^r$ of the Private Sloop of war the Reprisal was sworn in Court to these Quest$^{ns}$

$Q^t$ 1st When where and by whom was this Snow taken brought in here by you as prize

$A^n$ She was taken by me the 28th of Dec$^r$ last in the Latt$^d$ of 29 Dig$^s$ North.

$Q^n$ How many Persons were on board at the time of Capture and of what Nation.

$Ans^r$ Twenty five all french men except One Negro Boy

$Q^n$ Are all the Papers now Produced in Court, all that were found on board S$^d$ Sloop at the time of Capture without fraud Subduction Addition or Embezelment.

$Ans^r$ Yes
                                                          Jn$^o$ Hopkins

To the truth of w$^{ch}$ S$^d$ evidence William Dunbar first Lieu$^t$ was also sworn in Court

                                                          W$^m$ Dunbar

W$^m$ Strengthfield was sworn Interpreter

Rene Cuette late french Comm$^r$ of the Snow S$^t$ Clara in Court on Oath Ans$^d$ to these Quest$^{ns}$

$Q^n$ 1st Have you any knowledge of this Snow brought into this port by Cap$^t$ Hopkins and what Declare all you know.

I have known her these five months and saild from the Martinees the 15th Dec$^r$ last N. S. for Old france and was taken by Cap$^t$ Hopkins in his Privateer the 8th of Jan$^r$ N.S.

$Q^n$ 2$^d$ How many Persons were on board at the time of Capture and of what Nation

$An^r$ Twenty five men all french except One Negro Boy

$Q^n$ How many Gunns had you and what Burthen

One Hundred and Sixty Tons and Eleven Gunns

$Q^n$ Had you a Commission from the King of france

$An^r$ Yes which is Produced in Court by the English Cap$^t$ Marked A

$Q^n$ What did your Cargo Consist of and to whom did the Vessel and Cargo belong

To Madam Chasson a Widdow an Inhabitant of Nantez and A Subject of the King of France and Consisted of Sugar Cheifly some Cocoa Cotton and Coffee

$Q^n$ Is Jo the Negroe A Slave or free

$An^r$ he was my Slave

$Q^n$ Are these all your Papers

$An^r$ Yes

$Q^n$ If you could have Overcome Cap$^t$ Hopkins would you have done it and made A Prize

$An^r$ Yes Certainly and I did my best Endeavours to Effect it

René Cuette

Jean Joseph michel de Kuenny Second Captain of the Snow S$^t$ Clare made Oath to the truth of the above Evidence

jean Joseph michel de Kuenny

Guilliaume Benoist Leiutenant of the Snow S$^t$ Clara gave Oath to the truth of the Afores$^d$ evidence given by the Comm$^r$

G. Benoist

Thursday Jan$^y$ 24th 1744/5 the Court was open'd the Libel and Preparatory Examn$^s$ were read the Court Adj$^d$

It Plainly Appears to me that the Snow S$^t$ Clara brought in here by Cap$^t$ John Hopkins and Commanded by Cap$^t$ Rene Cuette, together with her APPurtenances Cargo and Negro Slave Were the Property of the french King his Vassalls and Subjects and therefore I condemn the same as lawful Prize to be divided betwixt the Owners and Company of the Sloop Reprisal as they Amongst themselves did Agree and whatever goods cannot be divided, I Order to be sold by W$^m$ Mumford Marshall of this Court the Captors Paying Cost, and whatever goods are liable to Duty to pay the same to the Collec$^r$ of his Maj$^s$ Customs

Leonard Lockman